# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM DIESER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:03CV00021SNL** |
| | ) | |
| **CONTINENTAL CASUALTY COMPANY,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **COMPUCOM SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the related Order entered on August 24, 2004 and the accompanying

Memorandum Opinion entered on August 26, 2004, this Court finds the following with respect to

prejudgment interest,[1]

**IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff William Dieser

in the amount of $104.86 from Defendant CompuCom Systems, Inc. for prejudgment interest on

past due short term disability benefits from January 2001 until August 2004.

---

[1]On April 21, 2005, Defendants/Appellants Continental Casualty Company and
CompuCom Systems, Inc. filed their notice of appeal to the United States District Court of
Appeals for the Eighth Circuit in which they stated, "The Court has not yet ruled on
Plaintiff/Appellee's request for pre-judgment interest; however, Defendants/Appellants intend to
include in their appeal any award of pre-judgment interest." As Defendants have filed their notice
of appeal, this Court is not certain that it has jurisdiction over the instant prejudgment interest
matter. *See*, Hunter v. Underwood, 362 F.3d 468 (8th Cir. 2004) ("As a general rule, 'a federal
district court and a federal court of appeals should not attempt to assert jurisdiction over a case
simultaneously. The filing of a notice of appeal ... confers jurisdiction on the court of appeals and
divests the district court o[f] its control over those aspects of the case involved in the appeal.'"
(*citing* Liddel v. Bd. of Educ., 73 F.3d 819, 822 (8th Cir. 1996) (*quoting* Griggs v. Provident
Consumer Disc. Co., 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982))).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff William

Dieser in the amount of $2,689.20, from Defendant Continental Casualty Company for

prejudgment interest due on each past due long term disability benefit payment from April 2001

until August 2004.

Dated this  27th  day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE